UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES MANUEL NORIEGA, | ) | No. CV 10-3132-DMG(CW) |
| | ) | |
|         Petitioner, | ) | JUDGMENT |
| | ) | |
|   v. | ) | |
| | ) | |
| WARDEN YATES, | ) | |
| | ) | |
|         Respondent. | ) | |
| _____ | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: November 24, 2010

_____
DOLLY M. GEE
United States District Judge